UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RANGE ROAD MUSIC, INC.; et al.,<br><br>    Plaintiffs-counter-defendants<br>    - Appellees,<br><br>  v.<br><br>EAST COAST FOODS, INC.; et al.,<br><br>    Defendants-counter-claimants<br>    - Appellants. | No. 10-55691<br><br>D.C. No. 2:09-cv-02059-CAS-AGR<br><br><br>ORDER |
| RANGE ROAD MUSIC, INC.; et al.,<br><br>    Plaintiffs-counter-defendants<br>    - Appellees,<br><br>  v.<br><br>EAST COAST FOODS, INC.; et al.,<br><br>    Defendants-counter-claimants<br>    - Appellants. | No. 10-55800<br><br>D.C. No. 2:09-cv-02059-CAS-AGR |

Before: PREGERSON and PAEZ, Circuit Judges, and JONES, District Judge.[*]

_____

    [*]    The Honorable James P. Jones, District Judge for the U.S. District Court for Western Virginia, sitting by designation.

Appellees' request for publication is GRANTED. The memorandum disposition filed on January 12, 2012 is withdrawn. A published opinion will be filed concurrently with this order.

No further petitions for rehearing or for rehearing en banc shall be filed.